NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, Appellant, vs. THE STATE, Respondent.

*December 10, 1925—February 9, 1926.*

Companion case to *Northwestern Mut. L. Ins. Co. v. State, ante,* p. 103.

APPEAL from a judgment of the circuit court for Dane county: E. RAY STEVENS, Circuit Judge. *Affirmed.*

For the appellant there was a brief by *George Lines* and *Sam T. Swansen,* both of Milwaukee, and oral argument by *Mr. Swansen.*

For the respondent there was a brief by the *Attorney General* and *C. A. Erikson,* deputy attorney general, and oral argument by *Mr. Erikson.*

ROSENBERRY, J.   This is a companion case to *Northwestern Mut. Life Ins. Co. v. State, ante,* p. 103, 207 N. W. 430, decided herewith.   The mandate in this case will be the same as in that.

*By the Court.*—Judgment affirmed.